JESSIE JOHNSON, Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.

*Johnson* v. *Rochester Ry. Co.*, 114 App. Div. 916, affirmed.
(Argued October 15, 1907; decided October 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 14, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*Joseph W. Taylor* and *Charles J. Bissell* for appellant.

*William F. Lynn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.